**TRAVIS, et v P U C**
**OHIO NATIONAL BANK v P U C**
**KRUMM v P U C**

Ohio Supreme Court
Nos 22598, 22599 & 22629.

Decided March 19, 1931

Full opinion will be published later. Watch **Omnibus Index.**

**STATE ex CHRISTIAN v BARRY**

Ohio Supreme Court
No 22532. Decided March 18, 1931

Marshall, CJ, Jones, Matthias, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**